JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
B. Andrew Jones, OSB No. 091786
Deputy County Attorney
Christopher A. Gilmore, OSB No. 980570
Senior Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone:  (503) 988-3138
Facsimile:   (503) 988-3377
Email: andy.jones@multco.us
         chris.gilmore@multco.us
   *Of Attorneys for Defendant Multnomah County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **JOSEPH GIBSON and RUSSELL SCHULTZ**,<br><br>        Plaintiffs,<br><br>    v.<br><br>**CITY OF PORTLAND; MULTNOMAH COUNTY; MULTNOMAH COUNTY DISTRICT ATTORNEY'S OFFICE; PORTLAND POLICE BUREAU; TED WHEELER; DANIELLE OUTLAW; JAMI RESCH; CHUCK LOVELL; CHRISTOPHER TRAYNOR; ROD UNDERHILL; MIKE SCHMIDT; BRAD KALBAUGH; and SEAN HUGHEY,**<br><br>        Defendants. | Civil No. 3:23-cv-00833-HZ<br><br>DEFENDANT MULTNOMAH COUNTY'S NOTICE OF ATTORNEY ASSOCIATION |

Page 1 – DEFENDANT MULTNOMAH COUNTY'S NOTICE OF ATTORNEY ASSOCIATION

**NOTICE IS HEREBY GIVEN** that Christopher A. Gilmore, OSB No. 980570, Senior Assistant County Attorney, is hereby associated as an attorney of record for defendant Multnomah County in this matter.

DATED this 14th day of December, 2023.

        Respectfully submitted,

        JENNY M. MADKOUR, COUNTY ATTORNEY
        FOR MULTNOMAH COUNTY, OREGON

        **/s/ Christopher A. Gilmore**

        Christopher A. Gilmore, OSB No. 980570
        Senior Assistant County Attorney
          *Of Attorneys for Defendant Multnomah County*