NAOMI SHEFFIELD, OSB #170601
Senior Deputy City Attorney
Naomi.Sheffield@portlandoregon.gov
WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
William.Manlove@portlandoregon.gov
MALLORY BEEBE, OSB #115138
Deputy City Attorney
Mallory.Beebe@portlandoregon.gov
CAROLINE TURCO, OSB #083813
Senior Deputy City Attorney
Caroline.Turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089

*Of Attorneys for Defendants City of Portland,*
 *And Christopher Traynor*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JOSEPH GIBSON and RUSSELL SCHULTZ, | Case No. 3:23-CV-00833-HZ |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| CITY OF PORTLAND; MULTNOMAH COUNTY; MULTNOMAH COUNTY DISTRICT ATTORNEY'S OFFICE; CHRISTOPHER TRAYNOR; ROD UNDERHILL; MIKE SCHMIDT; BRAD KALBAUGH; and SEAN HUGHEY, | |
| Defendants. | |

Pursuant to LR 83-11(b), Defendants City of Portland and Christopher Traynor hereby provide notice of withdrawal of Mallory R. Beebe as an attorney of record for this matter.

Page  1  –   NOTICE OF WITHDRAWAL OF COUNSEL

Counsel of record for Defendants City of Portland and Christopher Traynor otherwise remains the same.

Dated:  January 26, 2024

Respectfully submitted,

/s/ Mallory R. Beebe
MALLORY R. BEEBE, OSB # 115138
Deputy City Attorney
Mallory.beebe@portlandoregon.gov