IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSEPH GIBSON and RUSSELL SCHULTZ, | No. 3:23-cv-00833-HZ |
| Plaintiffs, | JUDGMENT |
| v. | |
| CITY OF PORTLAND, MULTNOMAH COUNTY, MULTNOMAH COUNTY DISTRICT ATTORNEY'S OFFICE, CHRISTOPHER TRAYNOR, ROD UNDERHILL, MIKE SCHMIDT, BRAD KALBAUGH, and SEAN HUGHEY, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

For reasons stated in this Court's February 26, 2024 Opinion and Order, and based upon Plaintiffs' Notice of Intent Not to Amend, Plaintiffs' First Amended Complaint is DISMISSED.

All pending motions are denied as moot and this case is closed.

DATED:_____March 5, 2024_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT